JS-6

**THE FLEISHMAN LAW FIRM**
CHARLES J. FLEISHMAN (SBN 46405)
PAUL A. FLEISHMAN (SBN 251657)
A Professional Corporation
5850 Canoga Ave. 4th Floor
Woodland Hills, California 91367
erisa@erisarights.com
Telephone: (818) 710-2724
FAX: (818) 710-2728
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DANZILO<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, a corporation; DCH MANAGEMENT SERVICES, INC., a corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | NO. CV 10-5084 PA (PJWx)<br><br>JOINT STIPULATION TO DISMISS CASE |

1

The parties to the above entitled action do hereby stipulate that the matter be dismissed with prejudice.

Dated: March 31, 2011

/s/ Paul Fleishman

Paul Fleishman
Attorney for Plaintiff
Christine Danzilo

Dated: March 31, 2011

/s/ Jennifer L. Gohzland

Jennifer L. Ghozland
Attorney for Defendants
Aetna Life Insurance Company and
DCH Management Services, Inc.

Dated: March 31, 2011

/s/ Robert D. Daniels

Robert D. Daniels
Attorney for Defendant
DCH Management Services, Inc.

It is so ordered.

Dated: 4/4/11

Honorable Percy Anderson
California Central District Court Judge

2